**Order entered December 30, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00028-CV

## THE STATE OF TEXAS, Appellant

## V.

## MESQUITE CREEK DEVELOPMENT, INC., ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-05842-B**

## ORDER

Before the Court is the State's December 23, 2019 unopposed third motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 7, 2020. Further extension requests will be disfavored. Appellant is cautioned that the failure to file a brief by that date may result in the appeal being dismissed without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/     BILL WHITEHILL
        JUSTICE